IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF WISCONSIN

HAROLD FLEENOR

Plaintiff,

v.

GOODYEAR TIRE & RUBBER COMPANY,

Defendant.                                        No. 02-CV-1182-DRH

## ORDER

**HERNDON, District Judge:**

Based upon the foregoing stipulation of the Parties by their respective attorneys; **IS HEREBY ORDERED THAT**: The above-captioned action is hereby dismissed in its entirety, on the merits and with prejudice, and without attorneys fees or costs to either party. The Clerk of the Court shall enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 7th day of March, 2006.


/s/         David   RHerndon
**United States District Judge**