IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

HAROLD FLEENOR,

    Plaintiff,

    vs.         Cause No. 02-CV-1182 DRH

GOODYEAR TIRE & RUBBER COMPANY,

    Defendant.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** and without attorneys fees or costs to either party.------------------------------------------------

**SOFRON B. NEDILSKY, CLERK**

March 7, 2006      By: s/Patricia Brown
                                            Deputy Clerk

APPROVED: /s/ David R Herndon
               **U.S. DISTRICT JUDGE**